UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

R.A., et al,  )
            )
   Plaintiffs,  )
            )
   v.        )        Case No. 2:25-cv-655
            )
U.S. CITIZENSHIP AND IMMIGRATION  )
SERVICES,  )
            )
   Defendants.

**ORDER ON MOTION FOR STAY**

On November 4, 2025, the court held a hearing concerning the defendant's motion for stay due to the current government shutdown. The parties are working hard to resolve the government's concerns about the legitimacy of each plaintiff's scanned signature on his or her visa application. Plaintiff's counsel is refiling the applications with statements affirming the truth of the various statements in hard copy with "wet ink" original signatures. In the meantime, plaintiff's counsel is concerned that some plaintiffs have gone backwards from a protected status to a removal status because of the questions raised about their signatures.

The court has asked the parties to discuss a "stand-still" agreement under which the government receives the stay it seeks until normal operations reopen and the plaintiffs are assured that any potential removal will be similarly paused until the stay is lifted. The court requests a joint status report by Monday, November 10, 2025. The court will rule on the motion to stay after receiving the report.

The court EXTENDS the time for defendant to respond to the complaint by two weeks until Monday, November 24, 2025.

Dated at Burlington, in the District of Vermont, this 4th day of November, 2025.

_____
Geoffrey W. Crawford, Judge
United States District Court